JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - REOPENING/CLOSING

Case No. **CV 21-00214 DSF (JPRx)**  Date **April 14, 2021**

Title: **Shane Bernard v. PNC Bank et al**

Present: The Honorable **Dale S. Fischer**

| Renee Fisher - Not Present | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

Proceedings:  ☐ In Court  ☒ In Chambers  ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated **1/12/2021**.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☒ Entered **JS-6**.

Initials of Preparer  **rf**